IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01052-REB-MJW

JOE DOUGLAS,

Plaintiff(s),

v.

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 141, a/k/a IAMAW ROCKY MOUNTAIN AIRCRAFT LODGE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's "Request for Injunction" (Docket No. 22), which this court has liberally construed as a motion to disqualify defense counsel, is denied, finding no basis in law or in fact for such relief. It is further

ORDERED that the Unopposed Motion for Extension of Order Setting Scheduling/Planning Conference (Docket No. 24) is denied. It is, however, further

ORDERED that the Rule 16 Scheduling/Planning Conference set for October 6, 2008, at 8:30 a.m. is vacated due to the pending motion to dismiss (Docket No. 21).

Date: September 19, 2008