IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01052-REB-MJW

JOE DOUGLAS,

Plaintiff,

v.

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 141, a/k/a IAMAW ROCKY MOUNTAIN AIRCRAFT LODGE,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Application for Representation (Docket No. 29) is denied without prejudice. While plaintiff does not have a constitutional or statutory right to appointed counsel in an employment discrimination case, Title VII provides the court with discretionary statutory authority to appoint counsel upon request "in such circumstances as the court may deem just." Vera v. Utah Dep't of Human Servs., 2000 WL 130717 (10th Cir. Feb. 4, 2000) (quoting 42 U.S.C. § 2000e-5(f)(1)). The four factors the court should consider when deciding whether to appoint counsel in such cases is "(1) the plaintiff's financial inability to afford counsel; (2) his diligence in attempting to secure counsel; (3) the merits of his case; and (4) in close cases the plaintiff's capacity to prepare and present the case without the aid of counsel." Id. (quoting Castner v. Colorado Springs Cablevision, 979 F.2d 1417, 1421 (10th Cir. 1992)). Here, even assuming without deciding that plaintiff's case has merit, this court finds that at least at this point in the litigation plaintiff has the capacity to prepare and present his case without the aid of counsel.

It is further **ORDERED** that International Association of Machinists and Aerospace Workers District Lodge 141's Request to Strike Plaintiff's "Follow-Up Response" to its Reply to Opposition to Motion to Dismiss (Docket No. 32) and plaintiff's Objection to Request to Strike Plaintiff's "Follow-Up Response" to District Lodge 141 Motion to Dismiss (Docket No. 33) are both denied. The court will give due consideration to the submissions concerning the pending motion to dismiss. No further

submissions concerning that motion may be filed. The court will issue a Report and Recommendation on the motion to dismiss in due course.

Date:   November 18, 2008
_____