IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01052-REB-MJW

JOE DOUGLAS,

    Plaintiff,

v.

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 141, a/k/a IAMAW ROCKY MOUNTAIN AIRCRAFT LODGE 1886,

    Defendant.

## ORDER OVERRULING OBJECTIONS UNDER FED. R. CIV. P. 72

**Blackburn, J.**

This matter is before me on the plaintiff's **Objection To Minute Order Under Rule 46 - Federal Rules Civil Procedure** [#48][1] filed July 29, 2009. The defendant filed a response [#55] to the objection and the plaintiff filed a reply [#56]. The plaintiff objects to the magistrate judge's order [#47] denying the plaintiff's request for appointment of counsel.

The plaintiff's objections are subject to review under the standards provided in 28 U.S.C. § 636 (b) and FED. R. CIV. P. 72 (a). Under § 636(b) and Rule 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." I have reviewed carefully the magistrate judge's order, the plaintiff's objections, the defendant's response, and the plaintiff's reply. I conclude

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

that the order of the magistrate judge is not clearly erroneous or contrary to law, and I overrule the plaintiff's objections.

**THEREFORE, IT IS ORDERED** that the plaintiff's **Objection To Minute Order Under Rule 46 - Federal Rules Civil Procedure** [#48] filed July 29, 2009, is **OVERRULED**.

Dated September 17, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge